**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                        No. 4:13CR00074-02 JLH

SANTRIANA S. HAWKINS                                                                  DEFENDANT

## ORDER

The government has filed a motion to dismiss indictment as to Santriana S. Hawkins. Without objection, the motion is GRANTED.  Document #33.  The indictment is hereby dismissed without prejudice as to this defendant only.

IT IS SO ORDERED this 14th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE